UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

In Re: ) Case No. 10-68638
Richard Michael Brown, Jr. (xxx-xx-7728) )
) Chapter 13
Debtor(s) )
) Hon. Thomas J. Tucker

## ORDER CONFIRMING PLAN

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of <u>Michael A. Greiner</u>, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $<u>3000.00</u> in fees and $<u>-0-</u> in expenses, and that the portion of such claim which has not already been paid, to-wit: $<u>2954.00</u> shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

- [X] The Debtor(s) shall remit 100% of all tax refunds to which Debtor(s) is/are entitled during the pendency of the Plan and shall not alter withholdings without Court approval.
- [ ] The Debtor(s)' Plan shall continue for no less than _____ months.
- [ ] The claim of _____ shall be paid in accordance with its duly filed claim unless otherwise ordered by the Court.
- [ ] The Debtor(s)' Plan payments shall be increased to $_____ per _____ effective the ____ day of _____, 20____.
- [ ] Creditor's rights to object to the last filed Amended Plan are preserved until _____.
- [ ] In the event that Debtor fails to make any future Chapter 13 plan payments, the Trustee may submit a notice of default, served upon the debtor and debtor's counsel, and permitting 30 days from the service of the notice in which to cure any and all defaults in payments. If debtor fails to cure the defaults in payments after having been provided notice under the provisions of this order, then the Trustee may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments, and the proceedings may thereafter be dismissed without a further notice or hearing.
- [ ] The Adversary Case no. ___ has been granted pursuant to the Order entered on ___, docket no. ___. The claim of ___ (pacer claim no. ___) shall be treated as an unsecured claim and all other terms of the aforementioned Order are incorporated herein.
- [X] Other: Unsecured creditors shall be entitled to a dividend of 100% plus 4% interest on their duly filed claims.

**Objections Withdrawn**
For Creditor  _____        For Creditor  _____

APPROVED                                    Approved: */s/ Michael A. Greiner*
/s/ Tammy L. Terry                          Michael A. Greiner (P-68241)
Tammy Terry                                 Financial Law Group, P.C.
Chapter 13 Trustee                          Attorneys for Debtor
535 Griswold St., Suite 2100                29405 Hoover
Detroit, MI 48226                           Warren, MI 48093
313-967-9857                                Ph. & Fax 586-693-2000
                                            mike@financiallawgroup.com

.

**Signed on March 09, 2011**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge